# Court of Appeals
# of the State of Georgia

ATLANTA, April 12, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1448.   MERIAM SMITH v. WRI CAPITAL GROUP, LLC A/A/F RESIDENTIAL CAPITAL MANAGEMENT FUND 1, LP.

This case began as a dispossessory proceeding in magistrate court.  After the magistrate court issued a writ of possession in favor of the plaintiff, the defendant Meriam Smith  appealed to the superior court.  The superior court also entered a writ of possession in favor of the plaintiff.  Smith then filed this direct appeal.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because Smith did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, 04/12/2018
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.